IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0415

IN THE MATTER OF:                        )
                                          )
                                          )
P.P.,                                     )
                                          )
                                          )    **ORDER EXTEND BRIEFING**
        A YOUTH IN NEED OF                 )           **DEADLINE**
    CARE.                                  )
                                          )
                                          )

Upon Consideration of Appellant Mother's Motion for extension of time to file her reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time of 30 days up to and including February 6, 2024, within which to prepare, file, and serve her Reply brief.

No further extensions will be granted.

- 1 -

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2024